UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 11-132 (DRD) |
| CARLOS E. ALMONTE | : | <u>CONSENT ORDER</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (L. Judson Welle and Andrew Kogan, Assistant U.S. Attorneys, appearing) for the entry of an order directing the staff of the Metropolitan Detention Center Brooklyn, United States Bureau of Prisons, 80 29th Street, Brooklyn, New York (hereinafter "MDC Brooklyn"), to admit the experts identified in this Consent Order to MDC Brooklyn for the purpose of conducting meetings, testing, and/or interviews of the defendant, such matters being necessary for the preparation of findings and assessments that are responsive to those prepared by experts retained on behalf of the defendant, and counsel for defendant (James Patton, Esq., appearing) having consented to the entry this Consent Order, and good cause appearing,

IT IS, therefore, on this 28th day of March, 2012,

ORDERED that the staff of MDC Brooklyn shall admit Dr. Barry A. Katz, Ph.D. to the facility and permit him to conduct meetings, testing, and/or interviews of defendant Carlos E. Almonte, beginning on April 2, 2012, and April 4, 2012, and on

such further dates as may be necessary to complete those activities, and it is further

ORDERED that the staff of MDC Brooklyn shall admit Dr. Raymond Patterson, M.D., to the facility and permit him to conduct meetings, testing, and/or interviews of defendant Carlos E. Almonte, beginning on April 16, 2012, and April 17, 2012, and on such further dates as may be necessary to complete those activities.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge