UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Dickinson R. Debevoise |
| v. | : Crim. No. 11-132(DRD) |
| CARLOS E. ALMONTE | : <u>SCHEDULING ORDER</u> |

This matter having come before the Court upon the application of defendant CARLOS E. ALMONTE (James Patton, Esq., appearing) and the government (Paul J. Fishman, United States Attorney, L. Judson Welle and Andrew Kogan, Assistant U.S. Attorneys, appearing), for a scheduling order in this matter; and for good cause shown,

ORDERED that the sentencing hearing in this matter is hereby scheduled for February 4, 2013 at 10:00 a.m.; and

IT IS FURTHER ORDERED that:

1. On or before November 30, 2012, defendant shall provide to the government and the United States Probation Office any and all supplemental reports of Dr. Stephen N. Xenakis, Dr. Barry Rosenfeld, and/or Dr. Barry Katz; and

1

2. On or before January 1, 2013, all parties shall submit their response to the draft Presentence Report, which report the Court understands will be issued by or on December 14, 2012.

_____
HON. DICKINSON R. DEBEVOISE
United States Senior District Judge