UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 11-132 (DRD) |
| CARLOS E. ALMONTE | : | <u>SCHEDULING ORDER</u> |

This matter having come before the Court upon the application of defendant CARLOS E. ALMONTE (James Patton, Esq., appearing) for additional time to prepare for the sentencing of the defendant, and the Court having heard and considered the arguments of counsel for the defendant and the government during a telephonic conference on January 8, 2013, and for good cause shown,

It is on this 10th day of January 2013,

ORDERED that the following schedule is hereby set:

1. The Probation Department shall disclose the final presentence investigation report no later than <u>January 31, 2013</u>;

2. Sentencing submissions of the parties shall be submitted to the Court no later than <u>March 1, 2013</u>;

3. Responsive sentencing submissions of the parties shall be submitted no later than <u>March 22, 2013</u>;

4. A status conference is set for <u>April 2, 2013</u>, at <u>10:00 a.m.</u> before this Court; and

1

5. The sentencing hearing is set for April 15, 2013, at 10:00 a.m. before this Court.

_____
HON. DICKINSON R. DEBEVOISE
United States Senior District Judge